No. 595. SANDERS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 10th Cir. Certiorari denied. *Herman J. Galloway, Dan Moody* and *John E. Marshall* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *I. Henry Kutz* for respondents.

No. 599. LEE *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. *Charles Upton Shreve* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 600. GRAND INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* MOUNT. C. A. 6th Cir. Certiorari denied. *Clarence E. Weisell, Harold N. McLaughlin* and *Pierce Winningham, Jr.* for petitioner. *Russell Rice* for respondent.

No. 602. ASHLAND OIL & REFINING CO. *v.* BEAL. C. A. 5th Cir. Certiorari denied. *W. B. Browder, Jr.* for petitioner. *D. L. Case* and *A. W. Walker, Jr.* for respondent.

No. 605. PACIFIC AFFILIATE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George H. Koster* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice, A. F. Prescott* and *Melva M. Graney* for respondent.

No. 607. RICHLAND IRRIGATION DISTRICT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Kennard Cheadle* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.